# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,            )
                                     )
                     Plaintiff,            )
                                     )
v.                                   )            Case No. 17-20079-CM
                                     )
TROY A. GREGORY,                     )
                                     )
                    Defendant.           )
_____)

## MEMORANDUM AND ORDER

Before the court is the government's SEALED Motion to Disclose and Provide a Report (Doc. 53). The government requests both parties receive a copy of defendant's Pretrial Services Report, which was compiled pursuant to 18 U.S.C. § 3153. The government alleges defendant was untruthful in disclosing his assets to the probation officer. Defendant offers little meaningful analysis in opposition. As the government indicates, impeaching the credibility of a defendant using statements made to Pretrial Services is permissible. *United States v. De La Torre*, 599 F.3d 1198, 1205 (10th Cir. 2010).

**IT IS SO ORDERED** that the government's SEALED Motion to Disclose and Provide a Report (Doc. 53) is granted. The court directs Pretrial Services to disclose its Pretrial Report, dated December 6, 2017, to both parties.

Dated this 15th day of January, 2019, at Kansas City, Kansas.

                    s/ Carlos Murguia
                    **CARLOS MURGUIA**
                    **United States District Judge**